## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ANGEL CRUZ | : | No. 172 EAL 2017 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| POLICE OFFICERS MADONNA, | : | |
| ROBERT E. PEACHEY, AND | : | |
| CHRISTOPHER MCCUE | : | |
| | : | |
| | : | |
| PETITION OF: POLICE OFFICER | : | |
| ROBERT E. PEACHEY | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is as follows:

Did [the] Commonwealth Court err in holding that a jury's finding of intentional tort liability was sufficient to vitiate Officer Peachey's immunity under the Political Subdivisions Tort Claims Act even though the jury found that he did not commit willful misconduct?